BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TINA MARIE JANNICELLI, ) | Civil No. 2:15-cv-02521-KJM-CMK |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER FOR A** |
| ) | **FIRST EXTENSION OF TIME FOR** |
| v. ) | **DEFENDANT TO FILE HER MOTION** |
| ) | **FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment. Defendant respectfully request this additional time because of a very heavy workload and because of an upcoming vacation at the beginning of August.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Friday, August 26, 2016.

                                                   Respectfully submitted,

Date: _August 3, 2016_            CERNEY, KREUZE & LOTT, LLP

                                      By:     */s/ Langley Kreuze*\*
                                                    LANGLEY KREUZE
                                                    *\* By email authorization on August 2, 2016*
                                                    Attorney for Plaintiff

Date: _August 3, 2016_            BENJAMIN B. WAGNER
                                                    United States Attorney

                                        By:     */s/ Jeffrey Chen*
                                                    JEFFREY CHEN
                                                    Special Assistant United States Attorney
                                                    Attorneys for Defendant

                                                    <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: August 5, 2016

                                                    **CRAIG M. KELLISON**
                                                    UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ