PHILIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| TINA MARIE JANNICELLI, | ) | Civil No. 2:15-cv-02521-KJM-CMK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER FOR A** |
| | ) | **SECOND EXTENSION OF TIME FOR** |
| v. | ) | **DEFENDANT TO FILE HER MOTION** |
| | ) | **FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully requests this extension of time because of a very heavy workload, including an upcoming Ninth Circuit brief, and to allow adequate time to review Plaintiff's MSJ.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Monday, September 26, 2016.

Respectfully submitted,

Date: *September 1, 2016*              CERNEY, KREUZE & LOTT, LLP

                              By:   */s/ Langley Kreuze*
                                    LANGLEY KREUZE
                                    * *By email authorization on Sept. 1, 2016*
                                    Attorney for Plaintiff

Date: *September 1, 2016*              PHILIP A. TALBERT
                                    Acting United States Attorney

                              By:   */s/ Jeffrey Chen*
                                    JEFFREY CHEN
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated:  September 6, 2016

                                    _____
                                    CRAIG M. KELLISON
                                    UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2