PHILIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TINA MARIE JANNICELLI, | Civil No. 2:15-cv-02521-KJM-CMK |
| Plaintiff, | **STIPULATION AND ORDER FOR A THIRD EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a third extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully request this additional time because a recent series of attorney departures from the office have resulted in significant reassignments of work, including a Ninth Circuit oral argument tomorrow and a Ninth Circuit responsive brief to the undersigned.

Stip. to Extend Def.'s MSJ

The new due date for Defendant's motion for summary judgment will be Wednesday, October 26, 2016.

Respectfully submitted,

Date:  October 18, 2016                  CERNEY, KREUZE & LOTT, LLP

By:   /s/ Langley Kreuze*
      LANGLEY KREUZE
      * By email authorization on Oct. 18, 2016
      Attorney for Plaintiff

Date:  October 18, 2016                  PHILIP A. TALBERT
                                         Acting United States Attorney

By:   /s/ Jeffrey Chen
      JEFFREY CHEN
      Special Assistant United States Attorney
      Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated:  October 27, 2016

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2